PS 42
(Rev. 7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 4 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court
### District Of

United States of America )
)
vs. )
Barbara Hopkins )
) Case No. CR-05-210-RHW

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Barbara Hopkins_____, have discussed with _____Anne Sauther_____, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

I consent to this modification of my release conditions and agree to abide by this modification.

X _Barbara Hopkins_  6-14-06        _Anne Sauther_   6/14/06
Signature of Defendant    Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_ (for) Tina Hunt    6/14/06
Signature of Defense Counsel                  Date

☒ The above modification of conditions of release is ordered, to be effective on _immediately_.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_  USMJ                    June 14, 2006
Signature of Judicial Officer                Date